United States District Court
Southern District of Texas

**ENTERED**

April 15, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROGELIO ALBERTO OLIVERO NAVA, | § | |
| LUIS ENRIQUE BRUZUAL CARRION, and | § | |
| JUAN CARLOS RUA CASTILLO, | § | |
| Petitioners, | § | |
| | § | CIVIL ACTION NO. 1:26-CV-230 |
| VS. | § | |
| | § | |
| WARDEN OF PORT ISABEL SERVICE | § | |
| PROCESSING CENTER, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## **ORDER**

On April 15, 2026, the Court denied Petitioners' request for a temporary restraining order. (*See* Order and Op., Doc. 26)  In their briefing opposing the preliminary injunctive relief, Respondents moved for dismissal or summary judgment as to Petitioners' claims. (*See* Resp., Doc. 23)  While Petitioners in part replied to those arguments, their briefing did not focus on the Respondents' motion. (*See* Reply, Doc. 24)  In addition, for the reasons explained in the Order and Opinion (Doc. 26), the Court finds that Respondents cannot challenge the Court's jurisdiction, as the Court has applied collateral estoppel as to the Declaratory Judgment, which is based on an analysis that considered and rejected Respondents' jurisdictional challenges.

To facilitate the Court's consideration of the Motion to Dismiss or for Summary Judgment (Doc. 23), it is:

**ORDERED** that by no later than April 29, 2026, Petitioners shall file a response to the non-jurisdictional arguments in Respondents' Motion to Dismiss or for Summary Judgment; and

**ORDERED** that by no later than May 6, 2026, Respondents shall file a reply.

Signed on April 15, 2026.

Fernando Rodriguez, Jr.
United States District Judge